■ ETTY HORTZ, Respondent, v. ERICH HORTZ, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.